

# Fourth Court of Appeals
## San Antonio, Texas

November 21, 2016

No. 04-16-00651-CV

**L.D. BRINKMAN INVESTMENT CORPORATION**, L.D. Brinkman Jr., Pamela Brinkman
Stone and Charles Thomas,
Appellants

v.

Kathleen Sparrow **BRINKMAN**, Individually and as Executor of the Estate of Lloyd D.
Brinkman, Deceased,
Appellees

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. 16331B
Honorable Rex Emerson, Judge Presiding

# O R D E R

On November 4, 2016, attorney John W. Carlson filed a "Notice of Substitution of Lead Counsel for L.D. Brinkman Investment Corporation" ("the Corporation"). In response, the current lead counsel for the Corporation, Thomas & Blackwood, LLP, filed a letter advising that Mr. Carlson had filed a motion in the trial court to substitute as counsel for the Corporation and that the motion was opposed by current lead counsel and still pending. Accordingly, on November 9, 2016, this court issued an order abating the substitution of lead counsel filed by Mr. Carlson pending a ruling by the trial court on the substitution of lead counsel matter. We have now received a supplemental clerk's record that contains the trial court's order denying Mr. Carlson's motion to substitute as lead counsel for the Corporation. We therefore **ORDER** our prior abatement lifted and this appeal reinstated. We further **ORDER** the clerk of this court to disregard Mr. Carlson's Notice of Substitution of Lead Counsel for L.D. Brinkman Investment Corporation and maintain Tom Thomas of Thomas & Blackwood, LLP as lead counsel for L.D. Brinkman Investment Corporation.

We **order** the clerk of this court to serve a copy of this order on John W. Carlson, all counsel, and the trial court.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of November, 2016.



Keith E. Hottle
Clerk of Court